[No. 31882-2-II. Division Two. December 13, 2005.]

PLATEAU USED CAR SALES ET AL., *Appellants*, v. MICK ROBERTSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-05037-2, Vicki L. Hogan, J., entered June 23, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.

[No. 31885-7-II. Division Two. December 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON JAMES LAWRENCE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-00486-1, Barbara D. Johnson, J., entered June 17, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J. Pro Tem.

[No. 31978-1-II. Division Two. December 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DAVID EVERETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-00418-9, John A. McCarthy and Brian M. Tollefson, JJ., entered July 9, 2004. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Penoyar, JJ.

[No. 32277-3-II. Division Two. December 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON DONALD STRADER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-00665-9, Jill Johanson, J., entered September 9, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Houghton, J.